In the Matter of MARION MANKA, Respondent, v MARK DI NARDO, Appellant. [771 NYS2d 471]—Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered August 29, 2002. The order denied respondent's objections to an order of a Hearing Examiner granting the petition to increase respondent's support obligation.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.